#5839
CSTC

August 27, 2025



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
19809 Prairie Street, 1st Floor Suite 120
Chatsworth, CA 91311

**U.S. Citizenship and Immigration Services**



JUDITH L WOOD
LAW OFFICE OF JUDITH L WOOD
201 S. SANTA FE AVE. STE 101
LOS ANGELES, FM 90012

IOE0933406594



RE: ROBERT BEKNAZARIAN
I-290B, Notice of Appeal or Motion

A204-346-634

## DECISION

On August 13, 2025, you filed a Form I-290B, Notice of Appeal or Motion, with U.S. Citizenship and Immigration Services (USCIS) as a motion to reopen and/or reconsider the decision on a Form I-485, Application to Register Permanent Residence or Adjust Status. USCIS denied the Form I-485, receipt number IOE0918074946, on July 18, 2025.

Title 8 Code of Federal Regulations (8 CFR), section 103.5(a) states, in pertinent part, that:

(2) Requirements for motion to reopen. A motion to reopen must state the new facts to be provided in the reopened proceeding and be supported by affidavits or other documentary evidence. A motion to reopen an application or petition denied due to abandonment must be filed with evidence that the decision was in error because:

(i) The requested evidence was not material to the issue of eligibility;
(ii) The required initial evidence was submitted with the application or petition, or the request for initial evidence or additional information or appearance was complied with during the allotted period;or
(iii) The request for additional information or appearance was sent to an address other than that on the application, petition, or notice of representation, or that the applicant or petitioner advised the Service, in writing, of a change of address or change of representation subsequent to filing and before the Service's request was sent, and the request did not go to the new address.

(3) …A motion to reconsider must state the reasons for reconsideration and be supported by any pertinent precedent decisions to establish that the decision was based on an incorrect application of law or Service policy. A motion to reconsider a decision on an application or petition must, when filed, also establish that the decision was incorrect based on the evidence of record at the time of the initial decision.

After a thorough review, we cannot approve your motion for the following reason(s):

The evidence you submitted with this motion does not overcome the reason(s) for the denial of your application or petition. Moreover, not only have you not provided substantial evidence to reopen and

RECEIVED AUG 3 0 2025

**EXHIBIT 2**

- reconsider your Form I-485, USCIS has also done its due diligence based on the information you and your mother provided in current and previous sworn statements. This included a broad system search for Anton Nazaryan and running sequential A numbers to that of Aylin Nazaryan for which both yielded no results.

We hereby dismiss the Form I-290B, Notice of Appeal or Motion. The decision to deny the Form I-485, Application to Register Permanent Residence or Adjust Status, case IOE0918074946, is affirmed.

This decision is without prejudice to future applications filed with the appropriate USCIS office.

Sincerely,

Caroline L Rouxel
Field Office Director

**_EXHIBIT 2_**