TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
SOO-YOUNG SHIN (Cal. Bar No. 350318)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7137
    Email: Soo-Young.Shin@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BEKNAZARIAN, an individual;<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLINE L. ROUXEL, et al.,<br><br>    Defendants. | No. 2:25-cv-11236-SB-MBK<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, that the above-captioned action is dismissed with prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs, fees, and expenses.

Dated: April 17, 2026                    LAW OFFICE OF JUDITH L. WOOD

                                         /s/ Steven K. Ridgill
                                         STEVEN K. RIDGILL, ESQ.

                                         Attorneys for Plaintiff


Dated: April 17, 2026                    TODD BLANCHE
                                         Acting Attorney General
                                         BILAL A. ESSAYLI
                                         First Assistant United States Attorney
                                         DAVID M. HARRIS
                                         Assistant United States Attorney
                                         Chief, Civil Division
                                         DANIEL A. BECK
                                         Assistant United States Attorney
                                         Chief, Complex and Defensive Litigation
                                         Section

                                         /s/ Soo-Young Shin
                                         SOO-YOUNG SHIN*
                                         Assistant United States Attorney

                                         Attorneys for Defendants


        *Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

1